**Abatement Order filed September 29, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00039-CV

_____

**MELANIE DORSETT, AS EXECUTRIX OF MELANIE FOSTER'S ESTATE, Appellant**

**V.**

**HISPANIC HOUSING AND EDUCATION CORPORATION, Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-31769**

---

## A B A T E M E N T   O R D E R

On September 6, 2011, appellee's filed an unopposed motion for an extension of time to file their brief pending the Texas Supreme Court's ruling on their motion to stay. The motion is granted and the following order issued.

The appeal is abated, treated as a closed case, and removed from this court's active docket until the Texas Supreme Court rules on appellee's motion. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an

appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM